UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related (Civil L.R. 3-12) has been filed.  As the judge assigned to case

22-cv-04273-VC

Pietosi v. HP, Inc.

I find that the more recently filed case that I have initialed below is related to the case assigned to me and shall be reassigned to me.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 22-cv-04305-BLF | Day v. Advanced Micro Devices, Inc. | VC | |

**ORDER**

The parties are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number.  Any case management conference in any reassigned case will be rescheduled by the Court.  The parties shall adjust the dates for the conference, disclosures and report required by FRCP 16 and 26 accordingly.  Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated: December 5, 2022                By: _____

2

Vince Chhabria

United States District Judge