UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN DAY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ADVANCED MICRO DEVICES, INC.,<br><br>    Defendant. | Case No. 22-cv-04305-VC<br><br>**ORDER ON SEALING MOTIONS**<br>Re: Dkt. Nos. 291, 300 |

The Motions to Seal at Dkt. Nos. 291 and 300 are denied. As to AMD's Motion to Seal at Dkt. No. 300, the Court is inclined to find good cause to seal specific file and program names. But AMD is not seeking to redact all file names in the related *Pietosi v. HP* action; instead, it seems that AMD only asks to seal a file name when the file name is attached to a specific quote (and even then, not every time this occurs). *Compare* Exh. 12 to Administrative Motion to File Under Seal, *Pietosi v. HP*, Case No. 22-cv-4273, Dkt. No. 207-2, at ¶ 42, ¶ 101 n.49, ¶ 125, *with id.* at ¶ 123 nn.67–68; *compare* Exh. 14 to Administrative Motion to File Under Seal, *Pietosi v. HP*, Case No. 22-cv-4273, Dkt. No. 207-4, at ¶ 65 n.13, *with id.* at ¶ 65 n.14. To the extent that AMD's concern is that the documents at issue here refer to the existence of a change log or the fact that there are "before" and "after" versions of specific files, the Court finds that those would not, in these circumstances, harm AMD's competitive standing. If AMD plans to renew its sealing motion, it must do so in line with that understanding and maintain consistency with its sealing requests in *Pietosi v. HP*. That renewed sealing motion is due one week after the issuance of this order.

      **IT IS SO ORDERED.**

2

Dated: February 26, 2025

_____
VINCE CHHABRIA
United States District Judge